IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CLAY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue trial (filing 15) is granted.

(2) The trial of this matter is continued until further order of the court.

(3) This matter is referred to Magistrate Judge Piester for rescheduling trial.

(4) The time between today's date and the new trial date is excluded from computation under the Speedy Trial Act in the interests of justice. See 18 U.S.C. § 3161.

(5) The Clerk of Court shall provide a copy of this order to Magistrate Judge Piester.

July 1, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge