IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLAY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

On the defendant's oral motion,

IT IS ORDERED that the United States Marshal is directed to return the defendant to the district for his February 9, 2011 Rule 35(b) hearing.

Dated February 3, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge