IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3066 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| CLAY WILLIAMS, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    I received a letter today from the defendant. He states that he wants to file a notice of appeal because his lawyer has a conflict of interest inasmuch as he represents a party to whom the defendant proffered against. Considering the matter,

    IT IS ORDERED that:

    (1)    The Clerk shall file the letter and treat it both as a motion and as a notice of appeal.

    (2)    My chambers staff shall contact counsel for the government and Mr. Nelson to schedule a hearing on the defendant's motion. The defendant shall be present at any such hearing.

    (3)    The Clerk of Court shall mail a copy of this memorandum and order to the defendant.

    DATED this 15th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge