IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3066 |
| | ) | |
| V. | ) | |
| | ) | |
| CLAY WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that a hearing on the defendant's motion (filing 56) is scheduled on Tuesday, March 8, 2011, at 1:00 p.m., before the undersigned United States district judge. The defendant shall be present for the hearing.

DATED this 16th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge