# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3066 |
| V. | ) | |
| CLAY WILLIAMS, | ) | ORDER |
| Defendant. | ) | |

At the request of counsel for the defendant, and without objection from the government, I am extending the defendant's self-surrender date.

IT IS ORDERED that Clay Williams, the defendant, shall surrender to the facility designated by the Bureau of Prisons no later than Tuesday, May 15, 2018 at 5:00 PM local time. The Clerk shall immediately hand deliver a copy of this order to the United States Marshals Service.

DATED this 30th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge