IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR03066 |
| | ) | |
| V. | ) | |
| | ) | |
| CLAY WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because of the defendant's lack of funds,

IT IS ORDERED that Clay Williams shall surrender for service of sentence to the United States Marshals Service in Lincoln, Nebraska or at the Saline County Jail in Wilbur, Nebraska on Monday, May 14, 2018, on or before 1:00 PM. Mr. Vanderslice is requested to contact Mark Long at the United States Marshals Service to determine the place of surrender and thereafter to communicate that information to his client. In the event that Mr. Williams does not surrender as set forth above, this will constitute a warrant to arrest Williams and then to deliver him to the Bureau of Prisons.

DATED this 9th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge